# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**476**
**CAF 14-00029**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF ANDREW M. DELONG,
PETITIONER-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

FRANCES A. BRISTOL, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF
COUNSEL), FOR RESPONDENT-APPELLANT.

-----------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oswego County (Donald
E. Todd, A.J.), entered March 6, 2013 in a proceeding pursuant to
Family Court Act article 4.  The order determined that respondent
willfully violated a court order.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same Memorandum as in *Matter of Delong v Bristol* ([appeal No. 1]
___ AD3d ___ [May 9, 2014]).

Entered:  May 9, 2014                          Frances E. Cafarell
                                               Clerk of the Court